# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN RISENHOOVER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TULARE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 1:17-cv-01696-AWI-SKO (PC)<br><br>**ORDER ON PLAINTIFF'S MOTION TO AMEND**<br><br>**(Doc. 5)** |

　　　　Plaintiff, Michael Allen Risenhoover, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 2, 2018, plaintiff filed a motion seeking leave to file an amended complaint.

　　　　Plaintiff may amend once as a matter of right before service of a responsive pleading by defendants. Fed. R. Civ. P. 15(a). Because plaintiff has not previously amended his complaint and defendants have not filed a responsive pleading, plaintiff may file an amended complaint without permission from the Court. Plaintiff must, however, file a new pleading as an amended complaint supercedes the original complaint, *Lacey v. Maricopa County*, Nos. 09-15806, 09-15703, 2012 WL 3711591, at *1 n.1 (9th Cir. Aug. 29, 2012) (en banc), and the amended complaint must be "complete in itself without reference to the prior or superceded pleading," Local Rule 220.

　　　　Accordingly, Plaintiff's motion to amend is HEREBY disregarded as unnecessary and the Clerk's Office shall send Plaintiff a civil rights complaint form.

IT IS SO ORDERED.

Dated: __**January 8, 2018**__　　　　　　　　　／s／ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE