# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN RISENHOOVER, <br><br> Plaintiff, <br><br> v. <br><br> TULARE COUNTY SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. 1:17-cv-01696-LJO-JLT (PC) <br> Appeal No. 18-17419 <br><br> **ORDER FINDING *IN FORMA PAUPERIS* STATUS SHOULD NOT CONTINUE ON APPEAL** <br><br> **(Doc. 24)** |

    Plaintiff is a state prisoner proceeding *pro se*. This action was dismissed with prejudice based on Plaintiff's failure to state a claim. (Docs. 19, 20.) Plaintiff appealed that decision. (Doc. 21.) On December 27, 2018, the Ninth Circuit Court of Appeals referred to this Court the issue of whether Plaintiff's *in forma pauperis* status should continue on appeal or whether the appeal is frivolous or taken in bad faith. (Doc. 24 (citing 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *forma pauperis* status is appropriate where district court finds the appeal to be frivolous).)

    There is no basis upon which to find that Plaintiff's appeal is taken in bad faith. However, it is frivolous. After Plaintiff twice amended his allegations, Findings and Recommendations issued finding Plaintiff's allegations failed to state a cognizable claim and providing a deadline for Plaintiff to file objections. (Doc. 17.) Plaintiff's objections indicated only that he could not

understand what he was being instructed to do, apparently due to his emotional condition. However, nothing in the Findings and Recommendation was too complicated for a former peace officer to understand, even if suffering an emotional issue. Seemingly, Plaintiff could describe every fact he felt was important, but would not (because he could not), provide facts to demonstrate a constitutional violation. "An appeal is frivolous if it is 'wholly without merit.' " *United States v. Kitsap Physicians Serv.*, 314 F.3d 995, 1003 n.3 (9th Cir. 2002) (quoting *Amwest Mortg. Corp. v. Grady*, 925 F.2d 1162, 1165 (9th Cir. 1991)). While Plaintiff's allegations may state a claim he can proceed on in state court, as discussed in the Findings and Recommendations, they do not state a cognizable claim for violation of a constitutional right to proceed here. Thus, Plaintiff's appeal of the order dismissing this action is frivolous since wholly without merit.

Accordingly, Plaintiff's *in forma pauperis* status should not continue for his appeal. Fed. R. App. P. 24(a).

IT IS SO ORDERED.

    Dated: **January 7, 2019**      /s/ Lawrence J. O'Neill
                                                               UNITED STATES CHIEF DISTRICT JUDGE