# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL ALLEN RISENHOOVER,

Plaintiff,

v.

TULARE COUNTY SHERIFF'S
DEPARTMENT, et al.,

Defendants.

**Case No. 1:17-cv-01696-LJO-JLT (PC)**
**Appeal No. 18-17419**

**ORDER ON MOTION FOR CERTIFICATE OF APPEALABILITY AND MOTION TO FORWARD CASE RECORD TO THE NINTH CIRCUIT**

**(Docs. 26, 27)**

The Court dismissed this action on December 6, 2018, with prejudice, for Plaintiff's failure to state a claim under section 1983. 28 U.S.C. § 1915A. On January 9, 2019, Plaintiff filed a motion seeking the issuance of a certificate of appealability, (Doc. 26), along with a motion requesting this court provide the Ninth Circuit with a complete copy of the record in this case, (Doc. 27). Neither of these motions are necessary.

Plaintiff's appeal has been processed to the Ninth Circuit. (Doc. 22.) Processing a case for appeal includes a certification of the record in Plaintiff's action in this Court in compliance with Rule 11 of the Rules of Appellate Procedure. The Ninth Circuit Court of Appeals has electronic access to the entire file in this case as well as to all cases in this Court. A certificate of appealability must be obtained to appeal a decision in a habeas proceeding; it has no application in this civil rights case. 28 U.S.C. § 2253(c)(1)(A); *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

1

1

Accordingly, Plaintiff's motions, (Docs. 26, 27), are **DISREGARDED**.

2

3    IT IS SO ORDERED.

4        Dated:    **February 4, 2019**                    **/s/ Jennifer L. Thurston**
5                                                  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28